E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
Assistant United States Attorney
International Narcotics, Money Laundering,
  & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3045
     Facsimile: (213) 894-6269
     E-mail:    samuel.diaz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-435-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION PAPER AS TO DEFENDANT MARTHA CATALINA ESPARZA ARELLANO |
| v. | |
| MARTHA CATALINA ESPARZA ARELLANO, | Hearing Date: January 9, 2023<br>Hearing Time: 8:00 a.m.<br>Location:    Courtroom of the<br>             Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Samuel J. Diaz, hereby files its sentencing position paper as to defendant Martha Catalina Esparza Arellano.

//

//

//

This sentencing position paper is based upon the attached memorandum of points and authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: December 7, 2022                Respectfully submitted,

                                              E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

                /s/
SAMUEL J. DIAZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

On a British Airways flight from London to Los Angeles, Defendant Martha Catalina Esparza Arellano slapped a British Airways flight attendant and pulled H.H.'s hair and ear, the passenger sitting next to her.  She has pled guilty to two misdemeanor assault counts.  With a total offense level of 7 and a criminal history category of I, defendant faces a guidelines range of 0 to 6 months' imprisonment.  For the reasons explained below, the government respectfully requests that defendant be sentenced to two one-year terms of probation, to be served concurrently.

**II.   STATEMENT OF FACTS**

On December 11, 2021, defendant boarded British Airways flight 281 from London, England to Los Angeles, California.  During the flight, defendant became intoxicated and physically aggressive.  While in the special aircraft jurisdiction of the United States, defendant slapped British Airways flight attendant S.S. in the face and pulled H.H.'s hair and ear.  H.H. was a fellow passenger on the flight who occupied a seat next to defendant.

On September 23, 2022, the government filed an information charging defendant with two counts of assault by striking, beating, or wounding, in violation of 18 U.S.C. § 113(a)(4) and 49 U.S.C. § 46506.  (Dkt. 1.)  On October 26, 2022, defendant pled guilty to both misdemeanor assault counts.  (Dkt. 15.)

**III. GUIDELINES CALCULATION**

The Presentence Report correctly calculates defendant's base offense level as 7.  (Presentence Report ("PSR") ¶ 22.)  A two-level increase applies for multiple counts under U.S.S.G. § 3D1.4, (id. at

¶ 30), along with a two-level decrease for acceptance of responsibility, for a total offense level of 7. (Id. at ¶ 33.) Defendant has no known criminal history and is in criminal history category I. With a total offense level of 7 and a criminal history category I, the applicable guidelines range is 0 to 6 months' imprisonments.

Because the applicable guidelines range falls within Zone A of the Sentencing Table, defendant is eligible for probation, U.S.S.G. § 5B1.1(a), with a statutory maximum term of five years' probation per count. (PSR at ¶ 76.)

Defendant faces a statutory maximum fine of $100,000 and a fine range of $1,000 to $9,500 based on a total offense level of 7. (Id. at ¶ 81.)

**IV.  One Year of Probation on Each Count and a Fine of $4,454 Is Just**

A sentence of probation, at the low-end of the applicable guidelines range, along with a fine covering the cost of defendant's supervision while on probation, accounts for the severity of defendant's conduct and her personal characteristics under 18 U.S.C. § 3553(a).

Defendant's offenses were serious. She became intoxicated on an international flight and physically assaulted a British Airways flight attendant, S.S., while S.S. was on duty, and a fellow passenger, H.H. Defendant not only physically assaulted others, she disrupted British Airway's operation of the flight. It is also important to note that, while serious, defendant's offenses are misdemeanors.

Further, defendant warrants a low-end sentence of probation based on her personal characteristics. Defendant has no known prior

criminal history and readily accepted responsibility for her actions, quickly pleading to the two-count information.  Moreover, given defendant's age and lack of prior criminal history, she presents a low-risk of recidivism.  Accordingly, the government respectfully requests a one-year term of probation on each count, to be served concurrently.

Furthermore, although probation seeks a fine of $9,500, the upper-end of the applicable fine range, the government believes that a fine of $4,454, the cost to the government for a one-year period of supervision, (PSR at ¶ 82), is more appropriate and falls nearly at the mid-point of the applicable fine range.

**V.    CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court impose a sentence of (1) one-year probation on each count, to be served concurrently on the terms and conditions recommended by the Probation Office; (2) a fine of $4,454; and (3) a mandatory special assessment of $200.